DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GEMS JEWELRY & MORE LLC,**
Appellant,

v.

**NAYELI ALICEA,**
Appellee.

No. 4D2025-1569

[May 14, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 502025SC003850XXXAMB.

Melissa Alexis Chluski of Melissa Alexis Chluski, P.A., Boca Raton, for appellant.

Alexander Ryan Popovics of The Ticktin Law Group, Deerfield Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and FORST, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***